IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SALEM M. ABDEL-FARES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-224-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Salem M. Abdel-Fares' motion for post conviction relief under 28 U.S.C. § 2255.


    /s/  
Peter Oppeneer, Clerk of Court

    4/4/2013  
Date